

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
MAGISTRATE JUDGE KEYS    JUDGE JOHN W DARRAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **08CR 1003** |
| v. | ) | No. _____ |
| | ) | Violations: Title 26, United States |
| CHRISTOPHER KELLER | ) | Code, Sections 7203 and 7206(2) |

**FILED**
JN
DEC X 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

1. At times material to this indictment:

    A. Defendant CHRISTOPHER KELLER, a resident of Chicago, Illinois, was an Executive Vice President at BCI Aircraft Leasing, Inc. ("BCI").

    B. Defendant CHRISTOPHER KELLER earned gross income from BCI in return for services rendered.

2. On or about February 11, 2005, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER KELLER,

defendant herein, who was resident of Chicago, Illinois, knowingly and willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments) for himself and his wife for calendar year 2003, which return was false and fraudulent as to material matters contained therein, in that defendant caused to be falsely represented and stated on line 22 of said return that the total income of defendant KELLER and his wife was $139,352, whereas in fact, as defendant KELLER knew, the total

income of defendant and his wife was greater than $139,352, based on unreported income in the form of commission payments defendant KELLER received from BCI in 2003;

In violation of Title 26, United States Code, Section 7206(2).

## COUNT TWO

1. The Grand Jury realleges and incorporates by reference paragraph 1 of Count One as though fully set forth herein.

2. In 2004, defendant CHRISTOPHER KELLER earned gross income in the form of commissions from BCI totaling approximately $168,700.

3. During the calendar year 2004, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER KELLER,

defendant herein, who was a resident of Chicago, Illinois, had and received a gross income of approximately $168,700, and by reason of such income, defendant CHRISTOPHER KELLER was required by law, following the close of the calendar year 2004 and on or before August 15, 2005, to make an individual income tax return to the District Director of Internal Revenue for the Internal Revenue District of Chicago, at Chicago, in the Northern District of Illinois, or to the Director, Internal Revenue Service Center, Midwest Region, Kansas City, Missouri, stating specifically the items of his gross income and any deductions and credits to which he was entitled; well knowing all of the foregoing facts, defendant CHRISTOPHER KELLER willfully did fail to make the required income tax return to that District Director of Internal Revenue, to that Director of the Internal Revenue Service Center, or to any other proper officer of the United States;

In violation of Title 26, United States Code, Section 7203.

## COUNT THREE

1. The Grand Jury realleges and incorporates by reference paragraph 1 of Count One as though fully set forth herein.

2. In 2005, defendant CHRISTOPHER KELLER earned gross income in the form of commissions from BCI totaling approximately $361,516.

3. During the calendar year 2005, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER KELLER,

defendant herein, who was a resident of Chicago, Illinois, had and received a gross income of approximately $361,516, and by reason of such income, defendant CHRISTOPHER KELLER was required by law, following the close of the calendar year 2005 and on or before October 16, 2006, to make an individual income tax return to the District Director of Internal Revenue for the Internal Revenue District of Chicago, at Chicago, in the Northern District of Illinois, or to the Director, Internal Revenue Service Center, Midwest Region, Kansas City, Missouri, stating specifically the items of his gross income and any deductions and credits to which he was entitled; well knowing all of the foregoing facts, defendant CHRISTOPHER KELLER willfully did fail to make the required income tax return to that District Director of Internal Revenue, to that Director of the Internal Revenue Service Center, or to any other proper officer of the United States;

In violation of Title 26, United States Code, Section 7203.

_____
FOREPERSON

_____
UNITED STATES ATTORNEY