# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 1003 - 1 | **DATE** | 3/1/2010 |
| **CASE TITLE** | USA vs. Christopher Keller | | |

**DOCKET ENTRY TEXT**

Trial ends - jury. Jury returns a verdict of guilty on counts two and three of the indictment. Judgment entered on the verdict on counts two and three. Status hearing set for 3/11/10 at 9:30 a.m. for scheduling for trial on count one. In the interests of justice, time is ordered excluded to 3/11/10 on count one, pursuant to 18:3161(h)(8)(A)(B). (x-t). Post trial motions to be filed by 3/22/10. Defendant's bond was increased to $50,000 own recognizance bond. Bond executed. Same conditions of bond to stand.

08:00

| | Courtroom Deputy Initials: | MF |
|---|---|---|