# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CR 1003 |
| CHRISTOPHER KELLER, | ) | |
| | ) | Judge John W. Darrah |
| Defendant. | ) | |

## MOTION TO ALLOW INTERNATIONAL TRAVEL

Defendant Christopher Keller, by his attorney, Phillip A. Turner, respectfully requests that this Court enter an order allowing him to engage in international travel. In support of this motion, defendant states the following:

1. On March 1, 2010, defendant was found guilty of two misdemeanor charges of failing to file tax returns. He completed his sentence of incarceration and is now serving a one year period of supervised release.

2. Defendant is engaged in the business of selling and offering for lease commercial aircraft all over the world. This is the same occupation in which defendant was engaged prior to his conviction and incarceration. In the past, defendant has travelled all over the world in an attempt to complete business deals involving the sale and lease of aircraft. Prior to the final

judgment in defendant's case, he was allowed to travel to the Middle East in an effort to arrange a business deal for commercial aircraft.

3. Defendant has discussed his request with his supervising probation officer, Ms. Jennifer Kelly, and she has no objection to defendant engaging in international travel.

Wherefore, defendant respectfully requests that this Court enter an order allowing him to engage in international travel.

Respectfully submitted,

<u>Phillip A. Turner</u>
Phillip A. Turner
Attorney for defendant
100 West Monroe Street
Suite 2204
Chicago, Illinois 60603
312-899-0009

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed.R.Civ.P.5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the following documents:

## MOTION TO ALLOW INTERNATIONAL TRAVEL

was served pursuant to the district court's ECF system as to ECF filers.

Respectfully submitted,

Phillip A. Turner
Phillip A. Turner
Attorney for defendant
100 West Monroe Street
Suite 2204
Chicago, Illinois 60603
312-899-0009